## No. 13,333.

ROSENBAUM ET AL. *v*. PROFFIT.

(49 P. [2d] 1149)

Decided September 30, 1935.

Judgment affirmed in department without written opinion, Mr. Chief Justice Butler, Mr. Justice Burke and Mr. Justice Young participating.

Mr. H. A. HICKS, Mr. H. A. HICKS, JR., for plaintiffs in error Rosenbaum and Phillips Petroleum Company.

Mr. MORELAND M. HUMPHREYS, Mr. HARRIE M. HUMPHREYS, for defendant in error.